

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00066-CV

| | | |
|---|---|---|
| J.E.E. | § | From the 158th District Court |
| | § | of Denton County (2007-61251-393) |
| v. | | |
| | § | April 17, 2014 |
| G.C.E. | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM